**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PACHECO, ARTHUR E | § | Case No. 13-83848-TML |
| BIGGINS-PACHECO, STEPHANIE E | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 13, 2013. The undersigned trustee was appointed on January 29, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $       54,160.17

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 28,748.00 |
| Bank service fees | 187.33 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 25,224.84 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/14/2014 and the deadline for filing governmental claims was 05/12/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,953.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,953.56, for a total compensation of $5,953.56.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/11/2015            By: /s/STEPHEN G. BALSLEY
                                Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-83848-TML
**Case Name:** PACHECO, ARTHUR E
BIGGINS-PACHECO, STEPHANIE E
**Period Ending:** 05/11/15

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 11/13/13 (f)
**§341(a) Meeting Date:** 12/19/13
**Claims Bar Date:** 04/14/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2003 Serenity Lane Woodstock Il | 146,900.00 | 359.00 | | 0.00 | FA |
| 2 | checking account with Chase Bank | 300.00 | 0.00 | | 0.00 | FA |
| 3 | household goods older furniture and misc persona | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | necessary wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5 | misc costume jewelry wedding rings/watches | 150.00 | 0.00 | | 0.00 | FA |
| 6 | pension w/ Diocese of Rockford | Unknown | 0.00 | | 0.00 | FA |
| 7 | personal injury claim<br>  See Order to Compromise Controversy entered 11/24/14.<br>(Debtor is not entitled to any payment of exemption pursuant to said Order). | 0.00 | 150,000.00 | | 54,160.17 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$148,700.00** | **$150,359.00** | | **$54,160.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   January 31, 2015          **Current Projected Date Of Final Report (TFR):**   May 11, 2015  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-83848-TML  
**Case Name:** PACHECO, ARTHUR E  
BIGGINS-PACHECO, STEPHANIE E  
**Taxpayer ID #:** **-***2890  
**Period Ending:** 05/11/15

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8066 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/15/14 | {7} | CNA Continental Casualty Company | Settlement funds pursuant to Order to Compromise Controversy entered November 24, 2014 | 1129-000 | 52,000.00 | | 52,000.00 |
| 12/18/14 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Payment of First Application of Trustee's Counsel for Interim Compensation entered December 3, 2014 | 3110-000 | | 14,229.00 | 37,771.00 |
| 12/22/14 | 102 | Settlement Capital Corporation | Settlement - Termination of Trustee's Contract to sell asset to SCC pursuant to Order to Compromise Controversy entered November 24, 2014 | 2990-000 | | 10,000.00 | 27,771.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.25 | 27,739.75 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.21 | 27,695.54 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.17 | 27,658.37 |
| 03/13/15 | 103 | Illinois Department of Revenue | 2014 Illinois Form 1041; Estate Tax Id No. 30-6452890 | 2820-000 | | 2,494.00 | 25,164.37 |
| 03/13/15 | 104 | United States Treasury | 2014 Form 1041; Estate Tax Id No. 30-6452890 | 2810-000 | | 2,025.00 | 23,139.37 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.76 | 23,098.61 |
| 04/22/15 | {7} | CNA Continental Casualty Company | Additional Funds to pay costs of administration and claims pursuant to Order to Compromise Controversy entered November 24, 2014 | 1129-000 | 2,160.17 | | 25,258.78 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.94 | 25,224.84 |
| | | | **ACCOUNT TOTALS** | | 54,160.17 | 28,935.33 | **$25,224.84** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 54,160.17 | 28,935.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$54,160.17** | **$28,935.33** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8066** | 54,160.17 | 28,935.33 | 25,224.84 |
| | **$54,160.17** | **$28,935.33** | **$25,224.84** |

{} Asset reference(s)

# Exhibit C

## Case: 13-83848-TML    PACHECO, ARTHUR E

Claims Bar Date:  04/14/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>11/13/13 | See Order for First Application for Trustee's Counsel for Interim Compensation entered December 3, 2014. | $14,229.00<br>$14,229.00 | $14,229.00 | $0.00 |
| | McGladrey LLP<br>5155 Paysphere Circle<br><br>Chicago, IL 60674<br><3310-00  Accountant for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>11/13/13 | Order to Employ Accountant entered March 12, 2014. | $1,210.00<br>$1,210.00 | $0.00 | $1,210.00 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>11/13/13 | | $2,356.00<br>$2,356.00 | $0.00 | $2,356.00 |
| | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br><br>ROCKFORD, IL 61108<br><br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>11/13/13 | [Updated by Surplus to Debtor Report based on Net Estate Value: 54071.29] | $5,953.56<br>$5,953.56 | $0.00 | $5,953.56 |
| 1 | Atlas Acquisitions LLC (General Electric Capital<br>294 Union St.<br><br>Hackensack, NJ 07601<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/16/14 | 294 Union St.<br>Hackensack, NJ 07601<br>--------------------------------------------------------------------------* * * | $2,377.66<br>$2,377.66 | $0.00 | $2,377.66 |
| 1I | Atlas Acquisitions LLC (General Electric Capital<br>294 Union St.<br>Hackensack, NJ 07601<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>01/16/14 | | $4.25<br>$4.25 | $0.00 | $4.25 |
| 2 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.)<br>294 Union St.<br><br>Hackensack, NJ 07601<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/16/14 | 294 Union St.<br>Hackensack, NJ 07601<br>--------------------------------------------------------------------------* * * | $2,461.95<br>$2,461.95 | $0.00 | $2,461.95 |

# Exhibit C

## Case: 13-83848-TML    PACHECO, ARTHUR E

Claims Bar Date: 04/14/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2I | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) <br> 294 Union St. <br> Hackensack, NJ 07601 <br> <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured <br> 01/16/14 | | $4.40 <br> $4.40 | $0.00 | $4.40 |
| 3 | FORD MOTOR CREDIT COMPANY LLC <br> c/o Freedman Anselmo Lindberg LLC <br> P.O Box 3216 Naperville, IL 60566-9713 <br> <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured <br> 02/07/14 | c/o Freedman Anselmo Lindberg LLC <br> P.O Box 3216 Naperville, IL 605669713 <br> ------------------------------------------------------------------------------* * * <br> Claim No. 3 is allowed as a general unsecured claim but disallowed for purposes of distribution. <br> See Order Objecting to Claim No. 3 for Purpose of Distribution entered November 19, 2014. | $12,157.89 * <br> $0.00 | $0.00 | $0.00 |
| 4 | Jefferson Capital Systems LLC <br> Purchased From Most Funding Ii Llc <br> PO BOX 953185 <br> ST LOUIS, MO 63195-3185 <br> <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured <br> 02/11/14 | Purchased From Most Funding Ii Llc <br> Po Box 7999, Saint Cloud Mn 56302-9617 <br> ------------------------------------------------------------------------------* * * | $339.19 <br> $339.19 | $0.00 | $339.19 |
| 4I | Jefferson Capital Systems LLC <br> Purchased From Most Funding Ii Llc <br> PO BOX 953185 <br> ST LOUIS, MO 63195-3185 <br> <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured <br> 02/11/14 | | $0.61 <br> $0.61 | $0.00 | $0.61 |
| 5 | LVNV Funding, LLC its successors and assigns as <br> assignee of Arrow Financial Services,, <br> PO Box 10587 <br> Greenville, SC 29603-0587 <br> <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured <br> 04/09/14 | assignee of Arrow Financial Services, LLC, Resurgent Capital Services, PO Box 10587 <br> Greenville, SC 296030587 <br> ------------------------------------------------------------------------------* * * | $4,089.12 <br> $4,089.12 | $0.00 | $4,089.12 |
| 5I | LVNV Funding, LLC its successors and assigns as <br> assignee of Arrow Financial Services,, <br> PO Box 10587 <br> Greenville, SC 29603-0587 <br> <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured <br> 04/09/14 | | $7.31 <br> $7.31 | $0.00 | $7.31 |

(*) Denotes objection to Amount Filed

# Exhibit C

### Case:  13-83848-TML   PACHECO, ARTHUR E

Claims Bar Date:   04/14/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | CENTEGRA HOSPITAL<br>C/O H AND R ACCOUNTS INC<br>PO BOX 672<br>MOLINE, IL 61265 | Unsecured<br>10/17/14 | C/O H AND R ACCOUNTS INC<br>PO BOX 672<br>MOLINE, IL 61265 | $3,331.18<br>$3,331.18 | $0.00 | $3,331.18 |
|  | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 6I | CENTEGRA HOSPITAL<br>C/O H AND R ACCOUNTS INC<br>PO BOX 672<br>MOLINE, IL 61265 | Unsecured<br>10/17/14 | | $5.95<br>$5.95 | $0.00 | $5.95 |
|  | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 7 | Midland Credit Management, Inc.<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured<br>10/29/14 | as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | $1,981.85<br>$1,981.85 | $0.00 | $1,981.85 |
|  | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 7I | Midland Credit Management, Inc.<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured<br>10/29/14 | | $3.54<br>$3.54 | $0.00 | $3.54 |
|  | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 8 | Midland Credit Management, Inc.<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured<br>10/29/14 | as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | $968.89<br>$968.89 | $0.00 | $968.89 |
|  | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 8I | Midland Credit Management, Inc.<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured<br>10/29/14 | | $1.73<br>$1.73 | $0.00 | $1.73 |
|  | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |

# Exhibit C

### Case:  13-83848-TML    PACHECO, ARTHUR E

Claims Bar Date:  04/14/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Allergy & Asthma Associates<br>Attn: Karen<br>475 Brown Blvd., #104<br>Bourbonnais, IL 60914 | Unsecured<br>11/13/14 | Attn: Karen<br>475 Brown Blvd., #104<br>Bourbonnais, IL 60914<br>------------------------------------------------------------------------------* * * | $38.70<br>$38.70 | $0.00 | $38.70 |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 9I | Allergy & Asthma Associates<br>Attn: Karen<br>475 Brown Blvd., #104<br>Bourbonnais, IL 60914 | Unsecured<br>11/13/14 | | $0.07<br>$0.07 | $0.00 | $0.07 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| SURPLUS | BIGGINS-PACHECO, STEPHANIE E.<br>2003 SERENITY LANE<br>WOODSTOCK, IL 60098 | Unsecured<br>11/13/13 | | $88.88<br>$88.88 | $0.00 | $88.88 |
| | <8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | | | | | |
| | | | **Case Total:** | | **$14,229.00** | **$25,224.84** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-83848-TML
Case Name: PACHECO, ARTHUR E
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 25,224.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 25,224.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 5,953.56 | 0.00 | 5,953.56 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 16,585.00 | 14,229.00 | 2,356.00 |
| Accountant for Trustee, Fees - McGladrey LLP | 1,210.00 | 0.00 | 1,210.00 |

Total to be paid for chapter 7 administration expenses: $ 9,519.56
Remaining balance: $ 15,705.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 15,705.28

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 15,705.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,267.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (General Electric Capital | 2,377.66 | 0.00 | 2,377.66 |
| 2 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | 2,461.95 | 0.00 | 2,461.95 |
| 3 | FORD MOTOR CREDIT COMPANY LLC | 0.00 | 0.00 | 0.00 |
| 4 | Jefferson Capital Systems LLC | 339.19 | 0.00 | 339.19 |
| 5 | LVNV Funding, LLC its successors and assigns as | 4,089.12 | 0.00 | 4,089.12 |

| | Total to be paid for timely general unsecured claims: | $ 9,267.92 |
|---|---|---|
| | Remaining balance: | $ 6,437.36 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 6,320.62 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | CENTEGRA HOSPITAL | 3,331.18 | 0.00 | 3,331.18 |
| 7 | Midland Credit Management, Inc. | 1,981.85 | 0.00 | 1,981.85 |
| 8 | Midland Credit Management, Inc. | 968.89 | 0.00 | 968.89 |
| 9 | Allergy & Asthma Associates | 38.70 | 0.00 | 38.70 |

Total to be paid for tardy general unsecured claims:  $    6,320.62
Remaining balance:  $       116.74

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance:  $       116.74

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $27.86. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 88.88.

**UST Form 101-7-TFR (05/1/2011)**