# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: PACHECO, ARTHUR E | § | Case No. 13-83848-TML |
| BIGGINS-PACHECO, STEPHANIE E | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 07/08/2015 in Courtroom 3100, United States Courthouse, U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  06/17/2015          By:    /s/ STEPHEN G. BALSLEY

Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: PACHECO, ARTHUR E | § | Case No. 13-83848-TML |
| BIGGINS-PACHECO, STEPHANIE E | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 54,160.17 |
| *and approved disbursements of* | $ | 28,935.33 |
| *leaving a balance on hand of* [1] | $ | 25,224.84 |

**Balance on hand:**   $   25,224.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   25,224.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 5,953.56 | 0.00 | 5,953.56 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 16,585.00 | 14,229.00 | 2,356.00 |
| Accountant for Trustee, Fees - McGladrey LLP | 1,210.00 | 0.00 | 1,210.00 |

Total to be paid for chapter 7 administration expenses:   $   9,519.56
Remaining balance:   $   15,705.28

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 15,705.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 15,705.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,267.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (General Electric Capital | 2,377.66 | 0.00 | 2,377.66 |
| 2 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | 2,461.95 | 0.00 | 2,461.95 |
| 3 | FORD MOTOR CREDIT COMPANY LLC | 0.00 | 0.00 | 0.00 |
| 4 | Jefferson Capital Systems LLC | 339.19 | 0.00 | 339.19 |
| 5 | LVNV Funding, LLC its successors and assigns as | 4,089.12 | 0.00 | 4,089.12 |

Total to be paid for timely general unsecured claims: $ 9,267.92

Remaining balance: $ 6,437.36

Tardily filed claims of general (unsecured) creditors totaling $ 6,320.62 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | CENTEGRA HOSPITAL | 3,331.18 | 0.00 | 3,331.18 |
| 7 | Midland Credit Management, Inc. | 1,981.85 | 0.00 | 1,981.85 |
| 8 | Midland Credit Management, Inc. | 968.89 | 0.00 | 968.89 |
| 9 | Allergy & Asthma Associates | 38.70 | 0.00 | 38.70 |

Total to be paid for tardy general unsecured claims: $        6,320.62
Remaining balance: $        116.74

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $        0.00
Remaining balance: $        116.74

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $27.86. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 88.88.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: <u>/s/STEPHEN G. BALSLEY</u>

Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-83848-TML
Arthur E Pacheco                                                          Chapter 7
Stephanie E Biggins-Pacheco
        Debtors

### CERTIFICATE OF NOTICE

District/off: 0752-3        User: vgossett        Page 1 of 3        Date Rcvd: Jun 18, 2015
                           Form ID: pdf006        Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2015.
```
db/jdb       +Arthur E Pacheco,   Stephanie E Biggins-Pacheco,   2003 Serenity Lane,
              Woodstock, IL 60098-7018
21218364     +ACS,   501 Bleeker St,   Utica, NY 13501-2401
21218366     +AESIR Property Management ,  LLC,   131 Pyott Rd,   Lake in the Hills, IL 60156
21218372    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: American Honda Finance,   201 Little Falls Dr,
             Wilmington, DE 19808)
21218365     +Acs/homebanc,   1002 Arthur Dr,   Lynn Haven, FL 32444-1683
21218367     +Allergy & Asthma Associates,   5911 Northwest Hay Ste 208,   Crystal Lake, IL 60014-8043
22628944     +Allergy & Asthma Associates,   Attn: Karen,   475 Brown Blvd., #104,
              Bourbonnais, IL 60914-2325
21218368     +Allianceone Receivable,   6565 Kimball Dr,   Gig Harbor, WA 98335-1200
21218369     +Allied Interstate,   Box 361774,   Columbus, OH 43236-1774
21218370      American Center for Spine & Neuro,   PO Box Dept 4663,   Carol Stream, IL 60122-4663
21218373     +Aspire/Cardholder Services,   Attn: Cardholder Services,   Po Box 105555,
              Atlanta, GA 30348-5555
21419671     +Atlas Acquisitions LLC  (General Electric Capital,   294 Union St.,   Hackensack, NJ 07601-4303
21419673     +Atlas Acquisitions LLC  (HSBC Bank Nevada, N.A.),   294 Union St.,   Hackensack, NJ 07601-4303
21218375     +Blatt, Hasenmiller,   125 S. Wacker Dr Suite 400,   Chicago, IL 60606-4440
21218383    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank Usa,   Citicorp Credit Services/Attn:Centralize,
             Po Box 20507,   Kansas City, MO 64195)
21218377     +Capital One, N.a.,   Capital One Bank (USA) N.a.,   Po Box 30285,
              Salt Lake City, UT 84130-0285
21218378     +Centegra Clinical Laboriatories,   13707 W Jackson St,   Woodstock, IL 60098-3188
21218379     +Centegra Hospital,   Box 1447,   Woodstock, IL 60098-1447
21218380     #+Centegra Physician Care,   PO Box 37847,   Philadelphia, PA 19101-0147
21218381      Central DuPage Hospital,   P.O. Box 4090,   Carol Stream, IL 60197-4090
21218382     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
21218384     +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
21218385     +Citizens Bank,   Attn: Bankruptcy Dept,   443 Jefferson Blvd Ms Rjw-135,
              Warwick, RI 02886-1321
21218386     +Delaware Pl,   Attention: Bankruptcy/Collections,   190 E Delaware Pl,   Chicago, IL 60611-1814
21218388     +EOS CCA,   Box 556,   Norwell, MA 02061-0556
21218391    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Corporation,   Ford Motor Credit,   Po Box 6275,
             Dearborn, MI 48121)
21501403      FORD MOTOR CREDIT COMPANY LLC,   c/o Freedman Anselmo Lindberg LLC,
              P.O. Box 3216 Naperville, IL 60566-9713
21218390     +First Usa Bank N A,   1001 Jefferson Plaza,   Wilmington, DE 19801-1447
21218393     +Fox Valley Internal Med,   650 Dakota St  Suite A,   Crystal Lake, IL 60012-3744
21218394     +Freedman, Anselmo, Lindberg, LLC,   Box 3228,   Naperville, IL 60566-3228
21218398     +Hsbc Bank,   Po Box 30253,   Salt Lake City, UT 84130-0253
21218399     +Hsbc/menards,   Attention: Bankruptcy Department,   Po Box 5264,   Carol Stream, IL 60197-5264
21218400     +Hsbc/polars,   Po Box 30253,   Salt Lake City, UT 84130-0253
21218402     +ISAC/Illinois Student Assistance Commiss,   Isac/Attn: Bankruptcy Department,
              1755 Lake Cook Road,   Deerfield, IL 60015-5215
21218404      JP Morgan Chase Bank,   PO Box 183164,   Columbus, OH 43218-3164
21218403     +Jessica D Reinke, OD,   233 Washington,   Woodstock, IL 60098-3399
21218405     +Kare Hosp Med LLC,   PO BOX 967,   Tinley Park, IL 60477-0967
21218406      Lake Heart Specialists,   35 Tower Court Suite F,   Gurnee, IL 60031-5712
21218409     +M3 Financial Services, Inc,   PO BOX 7230,   Westchester, IL 60154-7230
21218410      McHenry Radiologist Imaging Assoc,   PO BOX 220,   McHenry, IL 60051-0220
21218411     +Mechanics Bk,   725 Alfred Noble Dr,   Hercules, CA 94547-1897
21218412     +Merchants Credit Guide Co,   223  W Jackson Blvd,   Chicago, IL 60606-6914
21218413     +Mercy Health Systems,   Box 5003,   Janesville, WI 53547-5003
21218414     +Mid Oper Eng,   6200 Joliet Rd,   Countryside, IL 60525-3957
22572864     +Midland Credit Management, Inc.,   as agent for Asset Acceptance LLC,   PO Box 2036,
              Warren, MI 48090-2036
21218416      Midwest Endocrinology, LLC,   380 N Terra Cotta, STE A,   Crystal Lake, IL 60012-1809
21218417     +Murphy Ambulance,   Po box 6990,   Libertyville, IL 60048-6990
21218418     +National Recovery Agen,   2491 Paxton St,   Harrisburg, PA 17111-1036
21218423     #+Oac,   Box 371100,   Milwaukee, WI 53237-2200
21218424     +Ponds Of Bull Valley,   c/o Richard Virgo,   600 Industrail Dr. Suite E,   Cary, IL 60013-1952
21218425     +RAB,   7000 Goodlett Farm Pkwy,   Cordova, TN 38016-4917
21218426     +RJM Acquisitions,   575 Underhill Blvd  Suite 224,   Syosset, NY 11791-4437
21218427     +Rockford Orthopedic,   Box 5247,   Rockford, IL 61125-0247
21218428     +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
23029741     +Seterus, Inc.,   c/o Attorney Andrew J. Nelson,   Pierce & Associates, P.C.,
              1 North Dearborn, Suite 1300,   Chicago, IL 60602-4373
21218429     +Trident Asst,   5755 Northpoint Pkwy Ste,   Alpharetta, GA 30022-1142
21218430     +U S Dept of Ed/fisl/at,   Attn: Bankruptcy,   61 Forsythe St Room 19t89,
              Atlanta, GA 30303-8928
```

```
District/off: 0752-3           User: vgossett          Page 2 of 3            Date Rcvd: Jun 18, 2015
                               Form ID: pdf006          Total Noticed: 81
```

```
21218431        +Us Dept Of Education,   Attn: Bankruptcy,   Po Box 16448,   Saint Paul, MN 55116-0448
21218432        +Usdoe/glelsi,   Po Box 7860,   Madison, WI 53707-7860
21218433        +Wellsfargo,   800 Walnut St,   Des Moines, IA 50309-3605
21218434        +West Asset,   Attn: Bankruptcy,   2703 North Highway 75,   Sherman, TX 75090-2567
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21218363         +E-mail/Text: KM@ARCONCEPTSINC.COM Jun 19 2015 00:57:18     A/r Concepts,   33 W Higgins Rd,
                  South Barringt, IL 60010-9103
21218367         +E-mail/Text: allergyasthmadocs@gmail.com Jun 19 2015 00:57:11      Allergy & Asthma Associates,
                  5911 Northwest Hay Ste 208,   Crystal Lake, IL 60014-8043
22628944         +E-mail/Text: allergyasthmadocs@gmail.com Jun 19 2015 00:57:11      Allergy & Asthma Associates,
                  Attn:  Karen,   475 Brown Blvd., #104,   Bourbonnais, IL 60914-2325
21218371         +E-mail/Text: bankruptcy@acbhq.com Jun 19 2015 00:55:32     American Credit Bureau,
                  1200 N Federal Hwy,   Boca Raton, FL 33432-2803
21218374         +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 19 2015 00:55:51     Asset Acceptance,
                  Attn: Bankrupcy Dept,   Po Box 2036,   Warren, MI 48090-2036
21263549         +E-mail/Text: bnc@atlasacq.com Jun 19 2015 00:55:11     Atlas Acquisitions LLC,   294 Union St.,
                  Hackensack, NJ 07601-4303,   Attn: Avi Schild
22530202         +E-mail/Text: bankruptcy@hraccounts.com Jun 19 2015 00:55:16     CENTEGRA HOSPITAL,
                  C/O H AND R ACCOUNTS INC,   PO BOX 672,   MOLINE IL 61266-0672
21218376         +E-mail/Text: cms-bk@cms-collect.com Jun 19 2015 00:55:35     Capital Management,
                  726 Exchange St.  Suite 700,   Buffalo, NY 14210-1464
21218387         +E-mail/Text: bknotice@ercollections.com Jun 19 2015 00:56:03     Enhanced Recovery Corp,
                  Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
21218389         +E-mail/Text: collectionbankruptcies.bancorp@53.com Jun 19 2015 00:56:54     Fifth Third Bank,
                  Fifth Third Bank Bankruptcy Department,,   1830 East Paris Ave. Se,
                  Grand Rapids, MI 49546-6253
21218395         +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2015 00:51:44     GECRB/Home Design,
                  Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
21218396         +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2015 00:51:31     Gemb/walmart,   Attn: Bankruptcy,
                  Po Box 103104,   Roswell, GA 30076-9104
21218397         +E-mail/Text: bankruptcy@hraccounts.com Jun 19 2015 00:55:16     H & R Accounts Inc,
                  7017 John Deere Pa,   Moline, IL 61265-8072
21513031          E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 19 2015 00:56:20     Jefferson Capital Systems LLC,
                  Purchased From Most Funding Ii Llc,   Po Box 7999,   Saint Cloud Mn 56302-9617,
                  Orig By: Reward660 Visa Meta Bank
21772763          E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2015 00:51:58
                  LVNV Funding, LLc its successors and assigns as,   assignee of Arrow Financial Services,,
                  LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
21218407         +E-mail/Text: INFO@COLLECTIONBIZ.COM Jun 19 2015 00:57:11     Lou Harris Company,
                  1040 S Milwaukee Ave Suite 110,   Wheeling, IL 60090-6375
21218408         +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2015 00:51:50     Lvnv Funding Llc,
                  Po Box 10497,   Greenville, SC 29603-0497
21218415         +E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2015 00:55:57     Midland Credit Mgmt In,
                  8875 Aero Dr,   San Diego, CA 92123-2255
21218419         +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 19 2015 00:56:10     Nco Fin /99,
                  Po Box 15636,   Wilmington, DE 19850-5636
21218420         +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 19 2015 00:56:10     Nco Financial Systems,,
                  600 Holiday Plaza,   Matteson, IL 60443-2238
21218421         +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 19 2015 00:56:10     Nco/inovision-medclr,
                  Attn: Bankruptcy,   507 Prudential Rd,   Horsham, PA 19044-2308
21218422         +E-mail/Text: electronicbkdocs@nelnet.net Jun 19 2015 00:56:02     Nelnet,   Attn: Claims,
                  Po Box 17460,   Denver, CO 80217-0460
                                                                                                TOTAL: 22
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21218392*       ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Corporation,   Ford Motor Credit,   Po Box 6275,
                 Dearborn, MI 48121)
21218401        ##+Irwin Mortgage Corporation,   Po Box 3084,   Visalia, CA 93278-3084
                                                                            TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-3          User: vgossett          Page 3 of 3          Date Rcvd: Jun 18, 2015
                             Form ID: pdf006          Total Noticed: 81

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2015 at the address(es) listed below:
       Andrew J Nelson    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
       National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. anelson@atty-pierce.com,
       northerndistrict@atty-pierce.com
       Eric  Pratt    on behalf of Joint Debtor Stephanie E Biggins-Pacheco rockford@jordanpratt.com
       Eric  Pratt    on behalf of Debtor Arthur E Pacheco rockford@jordanpratt.com
       Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
       Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,  IL47@ecfcbis.com
       Stephen G Balsley    sbalsley@bslbv.com,  IL47@ecfcbis.com
                                                                    TOTAL: 6