**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PACHECO, ARTHUR E § Case No. 13-83848-TML
BIGGINS-PACHECO, STEPHANIE E §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $148,700.00           Assets Exempt: $1,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,616.40     Claims Discharged
                                                Without Payment: $34,622.00

Total Expenses of Administration: $38,454.89

---

   3) Total gross receipts of $ 54,160.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 88.88 (see **Exhibit 2**), yielded net receipts of $54,071.29 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $146,541.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 38,454.89 | 38,454.89 | 38,454.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,395.00 | 27,774.29 | 15,616.40 | 15,616.40 |
| **TOTAL DISBURSEMENTS** | $184,936.00 | $66,229.18 | $54,071.29 | $54,071.29 |

4) This case was originally filed under Chapter 7 on November 13, 2013. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/06/2015          By: /s/STEPHEN G. BALSLEY
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| personal injury claim | 1129-000 | 54,160.17 |
| **TOTAL GROSS RECEIPTS** | | **$54,160.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BIGGINS-PACHECO, STEPHANIE E. | Dividend paid 100.00% on $88.88; Claim# SURPLUS; Filed: $88.88; Reference: | 8200-002 | 88.88 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$88.88** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citimortgage Inc | 4110-000 | 146,541.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$146,541.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 5,953.56 | 5,953.56 | 5,953.56 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,356.00 | 2,356.00 | 2,356.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 14,229.00 | 14,229.00 | 14,229.00 |
| McGladrey LLP | 3310-000 | N/A | 1,210.00 | 1,210.00 | 1,210.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Settlement Capital Corporation | 2990-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 31.25 | 31.25 | 31.25 |
| Rabobank, N.A. | 2600-000 | N/A | 44.21 | 44.21 | 44.21 |
| Rabobank, N.A. | 2600-000 | N/A | 37.17 | 37.17 | 37.17 |
| Illinois Department of Revenue | 2820-000 | N/A | 2,494.00 | 2,494.00 | 2,494.00 |
| United States Treasury | 2810-000 | N/A | 2,025.00 | 2,025.00 | 2,025.00 |
| Rabobank, N.A. | 2600-000 | N/A | 40.76 | 40.76 | 40.76 |
| Rabobank, N.A. | 2600-000 | N/A | 33.94 | 33.94 | 33.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$38,454.89** | **$38,454.89** | **$38,454.89** |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (General Electric Capital | 7100-000 | N/A | 2,377.66 | 2,377.66 | 2,377.66 |
| 1I | Atlas Acquisitions LLC (General Electric Capital | 7990-000 | N/A | 4.25 | 4.25 | 4.25 |
| 2 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | 7100-000 | N/A | 2,461.95 | 2,461.95 | 2,461.95 |
| 2I | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | 7990-000 | N/A | 4.40 | 4.40 | 4.40 |
| 3 | FORD MOTOR CREDIT COMPANY LLC | 7100-000 | N/A | 12,157.89 | 0.00 | 0.00 |
| 4 | Jefferson Capital Systems LLC | 7100-000 | N/A | 339.19 | 339.19 | 339.19 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4I | Jefferson Capital Systems LLC | 7990-000 | N/A | 0.61 | 0.61 | 0.61 |
| 5 | LVNV Funding, LLC its successors and assigns as | 7100-000 | 0.00 | 4,089.12 | 4,089.12 | 4,089.12 |
| 5I | LVNV Funding, LLC its successors and assigns as | 7990-000 | N/A | 7.31 | 7.31 | 7.31 |
| 6 | CENTEGRA HOSPITAL | 7200-000 | 2,000.00 | 3,331.18 | 3,331.18 | 3,331.18 |
| 6I | CENTEGRA HOSPITAL | 7990-000 | N/A | 5.95 | 5.95 | 5.95 |
| 7 | Midland Credit Management, Inc. | 7200-000 | 1,763.00 | 1,981.85 | 1,981.85 | 1,981.85 |
| 7I | Midland Credit Management, Inc. | 7990-000 | N/A | 3.54 | 3.54 | 3.54 |
| 8 | Midland Credit Management, Inc. | 7200-000 | N/A | 968.89 | 968.89 | 968.89 |
| 8I | Midland Credit Management, Inc. | 7990-000 | N/A | 1.73 | 1.73 | 1.73 |
| 9 | Allergy & Asthma Associates | 7200-000 | 10.00 | 38.70 | 38.70 | 38.70 |
| 9I | Allergy & Asthma Associates | 7990-000 | N/A | 0.07 | 0.07 | 0.07 |
| NOTFILED | Lake Heart Specialists | 7100-000 | 2.00 | N/A | N/A | 0.00 |
| NOTFILED | Kare Hosp Med LLC | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Lou Harris Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | M3 Financial Services, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mechanics Bk | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Radiologist Imaging Assoc | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 5,480.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health Systems | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Home Design | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley Internal Med | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Freedman, Anselmo, Lindberg, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/walmart | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts Inc | 7100-000 | 1,393.00 | N/A | N/A | 0.00 |
| NOTFILED | ISAC/Illinois Student Assistance Commiss | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/menards | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Irwin Mortgage Corporation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jessica D Heinke, OD | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Endocrinology, LLC | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | RJM Acquisitions | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Rockford Orthopedic | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Trident Asst | 7100-000 | 136.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | U S Dept Of Ed/fisl/at | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | West Asset | 7100-000 | 1,241.00 | N/A | N/A | 0.00 |
| NOTFILED | Usdoe/glelsi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wellsfargo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | RAB | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ponds Of Bull Valley c/o Richard Virgo | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Murphy Ambulance | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Mgmt In | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit Corporation Ford Motor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | National Recovery Agen | 7100-000 | 83.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Financial Systems, | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin /99 | 7100-000 | 1,255.00 | N/A | N/A | 0.00 |
| NOTFILED | Oac | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco/inovision-medclr | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mid Oper Eng | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Corp | 7100-000 | 1,241.00 | N/A | N/A | 0.00 |
| NOTFILED | Allianceone Receivable | 7100-000 | 172.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit Corporation Ford Motor | 7100-000 | 8,372.00 | N/A | N/A | 0.00 |
| NOTFILED | American Center for Spine & Neuro | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Acs/homebanc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Credit Bureau | 7100-000 | 255.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | ACS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AESIR Property Management , LLC | 7100-000 | 805.00 | N/A | N/A | 0.00 |
| NOTFILED | Delaware Pl | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | EOS CCA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aspire/Cardholder Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Bank | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | First Usa Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa Citicorp Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Central DuPage Hospital | 7100-000 | 7.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance | 7100-000 | 1,953.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Management | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. Capital One Bank (USA) N.A. | 7100-000 | 8,055.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Physician Care | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Clinical Laboriatories | 7100-000 | 5.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $38,395.00 | $27,774.29 | $15,616.40 | $15,616.40 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83848-TML  
**Case Name:** PACHECO, ARTHUR E  
BIGGINS-PACHECO, STEPHANIE E  
**Period Ending:** 11/06/15

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 11/13/13 (f)  
**§341(a) Meeting Date:** 12/19/13  
**Claims Bar Date:** 04/14/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  2003 Serenity Lane Woodstock II | 146,900.00 | 359.00 | | 0.00 | FA |
| 2  checking account with Chase Bank | 300.00 | 0.00 | | 0.00 | FA |
| 3  household goods older furniture and misc persona | 1,000.00 | 0.00 | | 0.00 | FA |
| 4  necessary wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5  misc costume jewelry wedding rings/watches | 150.00 | 0.00 | | 0.00 | FA |
| 6  pension w/ Diocese of Rockford | Unknown | 0.00 | | 0.00 | FA |
| 7  personal injury claim    See Order to Compromise Controversy entered 11/24/14. (Debtor is not entitled to any payment of exemption pursuant to said Order). | 0.00 | 150,000.00 | | 54,160.17 | FA |
| 7  Assets  Totals (Excluding unknown values) | **$148,700.00** | **$150,359.00** | | **$54,160.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    January 31, 2015    **Current Projected Date Of Final Report (TFR):**    May 11, 2015  (Actual)

Printed: 11/06/2015 02:54 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-83848-TML  
**Case Name:** PACHECO, ARTHUR E  
BIGGINS-PACHECO, STEPHANIE E  
**Taxpayer ID #:** **-***2890  
**Period Ending:** 11/06/15  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8066 - Checking Account  
**Blanket Bond:** $8,842,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/15/14 | {7} | CNA Continental Casualty Company | Settlement funds pursuant to Order to Compromise Controversy entered November 24, 2014 | 1129-000 | 52,000.00 | | 52,000.00 |
| 12/18/14 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Payment of First Application of Trustee's Counsel for Interim Compensation entered December 3, 2014 | 3110-000 | | 14,229.00 | 37,771.00 |
| 12/22/14 | 102 | Settlement Capital Corporation | Settlement - Termination of Trustee's Contract to sell asset to SCC pursuant to Order to Compromise Controversy entered November 24, 2014 | 2990-000 | | 10,000.00 | 27,771.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.25 | 27,739.75 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.21 | 27,695.54 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.17 | 27,658.37 |
| 03/13/15 | 103 | Illinois Department of Revenue | 2014 Illinois Form 1041; Estate Tax Id No. 30-6452890 | 2820-000 | | 2,494.00 | 25,164.37 |
| 03/13/15 | 104 | United States Treasury | 2014 Form 1041; Estate Tax Id No. 30-6452890 | 2810-000 | | 2,025.00 | 23,139.37 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.76 | 23,098.61 |
| 04/22/15 | {7} | CNA Continental Casualty Company | Additional Funds to pay costs of administration and claims pursuant to Order to Compromise Controversy entered November 24, 2014 | 1129-000 | 2,160.17 | | 25,258.78 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.94 | 25,224.84 |
| 07/08/15 | 105 | McGladrey LLP | Dividend paid 100.00% on $1,210.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 1,210.00 | 24,014.84 |
| 07/08/15 | 106 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,356.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,356.00 | 21,658.84 |
| 07/08/15 | 107 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $5,953.56, Trustee Compensation; Reference: | 2100-000 | | 5,953.56 | 15,705.28 |
| 07/08/15 | 108 | BIGGINS-PACHECO, STEPHANIE E. | Dividend paid 100.00% on $88.88; Claim# SURPLUS; Filed: $88.88; Reference: | 8200-002 | | 88.88 | 15,616.40 |
| 07/08/15 | 109 | Allergy & Asthma Associates | Combined Check for Claims#9,9I | | | 38.77 | 15,577.63 |
| | | | Dividend paid 100.00% on $38.70; Claim# 9; Filed: $38.70     38.70 | 7200-000 | | | 15,577.63 |
| | | | Dividend paid 100.00% on $0.07; Claim# 9I; Filed: $0.07     0.07 | 7990-000 | | | 15,577.63 |
| 07/08/15 | 110 | Atlas Acquisitions LLC (General | Combined Check for Claims#1,1I | | | 2,381.91 | 13,195.72 |

Subtotals :  $54,160.17   $40,964.45

{} Asset reference(s)

Printed: 11/06/2015 02:54 PM   V.13.25

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-83848-TML  
**Case Name:** PACHECO, ARTHUR E  
   BIGGINS-PACHECO, STEPHANIE E  
**Taxpayer ID #:** **-***2890  
**Period Ending:** 11/06/15  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8066 - Checking Account  
**Blanket Bond:** $8,842,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | Electric Capital | | | | | | |
| | | | Dividend paid 100.00% on $2,377.66; Claim# 1; Filed: $2,377.66 | 2,377.66 | 7100-000 | | | 13,195.72 |
| | | | Dividend paid 100.00% on $4.25; Claim# 1I; Filed: $4.25 | 4.25 | 7990-000 | | | 13,195.72 |
| 07/08/15 | 111 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | Combined Check for Claims#2,2I | | | | 2,466.35 | 10,729.37 |
| | | | Dividend paid 100.00% on $2,461.95; Claim# 2; Filed: $2,461.95 | 2,461.95 | 7100-000 | | | 10,729.37 |
| | | | Dividend paid 100.00% on $4.40; Claim# 2I; Filed: $4.40 | 4.40 | 7990-000 | | | 10,729.37 |
| 07/08/15 | 112 | CENTEGRA HOSPITAL | Combined Check for Claims#6,6I | | | | 3,337.13 | 7,392.24 |
| | | | Dividend paid 100.00% on $3,331.18; Claim# 6; Filed: $3,331.18 | 3,331.18 | 7200-000 | | | 7,392.24 |
| | | | Dividend paid 100.00% on $5.95; Claim# 6I; Filed: $5.95 | 5.95 | 7990-000 | | | 7,392.24 |
| 07/08/15 | 113 | Jefferson Capital Systems LLC | Combined Check for Claims#4,4I | | | | 339.80 | 7,052.44 |
| | | | Dividend paid 100.00% on $339.19; Claim# 4; Filed: $339.19 | 339.19 | 7100-000 | | | 7,052.44 |
| | | | Dividend paid 100.00% on $0.61; Claim# 4I; Filed: $0.61 | 0.61 | 7990-000 | | | 7,052.44 |
| 07/08/15 | 114 | LVNV Funding, LLC its successors and assigns as | Combined Check for Claims#5,5I | | | | 4,096.43 | 2,956.01 |
| | | | Dividend paid 100.00% on $4,089.12; Claim# 5; Filed: $4,089.12 | 4,089.12 | 7100-000 | | | 2,956.01 |
| | | | Dividend paid 100.00% on $7.31; Claim# 5I; Filed: $7.31 | 7.31 | 7990-000 | | | 2,956.01 |
| 07/08/15 | 115 | Midland Credit Management, Inc. | Combined Check for Claims#7,8,7I,8I | | | | 2,956.01 | 0.00 |
| | | | Dividend paid 100.00% | 1,981.85 | 7200-000 | | | 0.00 |

Subtotals :   $0.00   $13,195.72

{} Asset reference(s)   Printed: 11/06/2015 02:54 PM   V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 13-83848-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | PACHECO, ARTHUR E | | Bank Name: | Rabobank, N.A. |
| | BIGGINS-PACHECO, STEPHANIE E | | Account: | ******8066 - Checking Account |
| Taxpayer ID #: | **-***2890 | | Blanket Bond: | $8,842,000.00 (per case limit) |
| Period Ending: | 11/06/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $1,981.85; Claim# 7;<br>Filed: $1,981.85 | | | | |
| | | | Dividend paid 100.00%    968.89<br>on $968.89; Claim# 8;<br>Filed: $968.89 | 7200-000 | | | 0.00 |
| | | | Dividend paid 100.00%    3.54<br>on $3.54; Claim# 7I;<br>Filed: $3.54 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%    1.73<br>on $1.73; Claim# 8I;<br>Filed: $1.73 | 7990-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 54,160.17 | 54,160.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 54,160.17 | 54,160.17 | |
| | | | Less: Payments to Debtors | | | 88.88 | |
| | | | **NET Receipts / Disbursements** | | **$54,160.17** | **$54,071.29** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8066** | 54,160.17 | 54,071.29 | 0.00 |
| | **$54,160.17** | **$54,071.29** | **$0.00** |

{} Asset reference(s)                                                                            Printed: 11/06/2015 02:54 PM    V.13.25